**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Ronald Scott Killen, | : | Case No. 25-11869 (DJB) |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER CONFIRMING RONALD SCOTT KILLEN'S AMENDED SMALL BUSINESS
DEBTOR'S PLAN OF REORGANIZATION DATED MARCH 6, 2026**

AND NOW, upon consideration of Ronald Scott Killen's (the "Debtor") *Amended Small Business Debtor's Plan of Reorganization dated March 6, 2026* (the "Plan"); and upon consideration of any objections filed by creditors; and upon consideration of the Debtor's Certification of Balloting; and the Debtor having resolved the objections or the Court having overruled the objection; and the Court having determined after hearing on notice that the Plan is in the best interest of creditors and supported by the creditors of the estate; and the Court finding that all requirements of confirmation under 11 U.S.C. § 1121(a), 1129(a) and 1191(a) have been satisfied; it is hereby ORDERED that:

1.  The Plan filed by the Debtor, Ronald Scott Killen, dated May 6, 2026, is CONFIRMED pursuant to 11 U.S.C. § 1191(a).

2.  In accordance with 11 U.S.C. § 1183(c)(1), the Subchapter V Trustee's services shall automatically terminate upon the Plan's substantial consummation. The Debtor shall make payments under the Plan.

3.  No later than fourteen (14) days after the Plan's substantial consummation, the Debtor shall (i) file the notice required under section 1183(c)(2), and (ii) file a motion for the case to be closed, for the debtor's discharge and for a final decree.

4.  All objections to the Plan were withdrawn.

2

5.      The Plan complies with the requirements of 11 U.S.C. §§ 1121 and 1129(a).

6.      Notwithstanding any provision of the Plan, the discharge and release set forth in the Plan shall not constitute the discharge or release of any outstanding liabilities owed until it is paid in accordance with the Plan.

Dated: __April 28, 2026__

_____
Honorable Derek J. Baker
United States Bankruptcy Judge

2