# Exhibit A-2

**Exhibit A-2**

**Professionals and Paraprofessionals**

| Name of Professional Individual | Hourly Billing Rate | Total Hours Billed |
|---|---|---|
| David M. Klauder | $450.00 | 0.30 |
| Thomas D. Bielli | $200.00 | 15.30 |
| Ryan M. Ernst | $0.00 | 0.80 |
| Angela L. Mastrangelo | $350.00 | 101.70 |
| Tola A. Osipitan | $0.00 | 6.60 |
| Brooke N. Hoffmann | $0.00 | 39.50 |